IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>DARIN BAKER,<br><br>Defendant. | Adversary Proceeding<br>Case No. 19-50961 (BLS) |

## STIPULATION REGARDING APPOINTMENT OF MEDIATOR

Pursuant to this Court's September 3, 2020, scheduling order (the "Scheduling Order"), plaintiff, Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust, and defendant Darin Baker, stipulate as follows:

1. Judith K. Fitzgerald, Esquire, of Tucker Arensburg shall be appointed as the mediator (the "Mediator") in this adversary proceeding.

2. The mediation between the parties shall proceed in accordance with the Scheduling Order and the deadlines set forth therein and shall be conducted in accordance with the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172).

the District of Delaware and/or otherwise as may be agreed by the parties and the Mediator. The parties will select a date for commencement of the mediation.

STIPULATED AND AGREED:

Dated: January 11, 2021

| PACHULSKI STANG ZIEHL & JONES LLP | *All available rights reserved* |
|---|---|
| /s/ Colin R. Robinson | *Darin Baker* (signature) |
| Bradford J. Sandler (DE Bar No. 4142)<br>Andrew W. Caine (CA Bar No. 110345)<br>Colin R. Robinson (DE Bar No. 5524)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: bsandler@pszjlaw.com<br>       acaine@pszjlaw.com<br>       crobinson@pszjlaw.com | Darin Baker<br>4804 Laurel Canyon Blvd, #747<br>Valley Village, CA 91607<br><br>*Pro Se Defendant* |

*Counsel to Plaintiff*