## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>          Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,<br><br>          Plaintiff,<br><br>    v.<br><br>Darin Baker<br><br>          Defendant. | Adversary Proceeding<br>Case No. 19- 50961 (BLS) |

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK        )
                          ) ss
COUNTY OF NEW YORK  )

I, Alison Moodie, being duly sworn, depose and state:

1.      I am a Senior Case Manager with Epiq Class Action & Claims Solutions, Inc.,[2] the claims and noticing agent in the above-captioned proceeding.  Our business address is 777 Third Avenue, New York, New York 10017.

---

[1]      The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

[2]      Epiq Class Action & Claims Solutions, Inc. acquired Garden City Group, LLC on June 15, 2018.

2.      On January 15, 2021, at the direction of Pachulski Stang Ziehl & Jones LLP, Counsel to

Plaintiff Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge

Liquidation Trust, I caused a true and correct copy of the **Order Assigning Adversary**

**Proceeding to Mediation and Appointing Mediator** [Docket No. 23] to be served by e-mail

Darinbakerking@gmail.com (Defendant).

*/s/ Alison Moodie*
Alison Moodie

Sworn to before me this
22th day of January, 2021
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022