# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| Remaining Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST, | |
| Plaintiff, vs. | Adversary Proceeding Case No. 19-50961 (JKS) |
| DARIN BAKER, | |
| Defendant. | |

## NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE THAT** on October 15, 2021, plaintiff Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust, served the following documents upon the party listed below via First Class Mail:

- *Plaintiff's Request For Production Of Documents Propounded To Defendant, Set One*
- *Plaintiff's Special Interrogatories Propounded To Defendant, Set One*
- *Plaintiff's Request For Admissions, Set One, Propounded To Defendant*

> Darin Baker
> 4804 Laurel Canyon Blvd, #747
> Valley Village, CA  91607

Dated:   October 18, 2021
Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Richard M. Pachulski (CA Bar No. 90073)
Andrew W. Caine (CA Bar No. 110345)
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor, P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-4100
Fax: 302-652-4400
Email: rpachulski@pszjlaw.com
         acaine@pszjlaw.com
         bsandler@pszjlaw.com
         crobinson@pszjlaw.com

*Counsel for the Plaintiff*

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172).

DOCS_DE:236607.1 94811/003