**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>                Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al.*,<br><br>                Plaintiff,<br><br>v.<br><br>DARIN BAKER,<br><br>                Defendant. | Adv. Proc. Case No. 19-50961 (JKS) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON NOVEMBER 29, 2023 AT 4:00 P.M. (EASTERN TIME)**

> **This hearing will be conducted by Zoom and will require all participants to register in advance at the link provided below no later than 4:00 p.m. the day prior to the hearing.**
>
> **All participants must use their full names when registering and logging into Zoom or will not be granted access to the hearing.**
>
> **Zoom registration link:**
>
> https://debuscourts.zoomgov.com/meeting/register/vJIscumopj0oGJ22e51HffobMo97LwWAHvs

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.

**STATUS CONFERENCE**

1.  Status Conference for Michael Goldberg v. Darin Baker, Adv. Proc. No. 19-50961 (JKS).

    Response Deadline:   N/A

    Responses Received:  N/A

    Related Documents:   N/A

    Status:  A status conference will go forward with respect to this adversary proceeding.

| | |
|---|---|
| Dated:  November 27, 2023<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Colin R. Robinson*<br>Richard M. Pachulski (CA Bar No. 90073)<br>Andrew W. Caine (CA Bar No. 110345)<br>Bradford J. Sandler (DE Bar No. 4142)<br>Colin R. Robinson (DE Bar No. 5524)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile:  (302) 652-4400<br>Email: rpachulski@pszjlaw.com<br>       acaine@pszjlaw.com<br>       bsandler@pszjlaw.com<br>       crobinson@pszjlaw.com<br><br>*Counsel to the Plaintiff* |