IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

RECEIVED
2024 AUG 14 AM 10: 29

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

MICHAEL GOLDBERG, In His Capacity As Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST,

    Plaintiff

Vs.

DARIN BAKER,

    Defendant

Adversary Proceeding
Case No. 19-50961 (BLS)

**Notice of Special Limited Visitation**

Please take notice that whenever I attend in-person for this matter it is by Special Limited Visitation as a Private American, not an appearance as a statutory entity or ens legis or a representative thereof.

Please take notice that this notice amends the online request for remote attendance to the Status Conference scheduled for August 20, 2024 and clarifies my standing and intent.

Dated:   August 13, 2024
             Los Angeles, California

Darin Duane Baker

*/s/ Darin Duane Baker*
RF 776 326 179 US Trust
℅ 4804 Laurel Canyon Boulevard
#747
Valley Village, California [91607]
Email: darinbakerking@gmail.com

RF 776 326 179 US Trust

NON-NEGOTIABLE

RECEIVED
2024 AUG 14  AM 10: 29
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

August 13, 2024

Clerk of U.S. Bankruptcy Court
824 N. Market Street
Third Floor
Wilmington, DE  19801

Re: Notice Of Special Visitation - Case No. 19-50961

Dear Madam or Sir,

Please file the enclosed Notice Of Special Visitation (1 page) into the above referenced case. I presume there is no charge as the money order for the last filing was returned. I will call to verify. Please email receipt or acknowledgment to darinbakerking@gmail.com if possible.

Very truly yours,
*all contenders rights reserved*

Darin Baker

℅ 4804 Laurel Canyon Boulevard, #747, Valley Village, California [91607]