IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

2024 NOV 21 AM 11: 01

MICHAEL GOLDBERG, In His Capacity As
Liquidating Trustee of the WOODBRIDGE
LIQUIDATION TRUST,

                              Plaintiff

            Vs.

DARIN BAKER,

                              Defendant

Adversary Proceeding
Case No. 19-50961 (JKS)

**Notice of Conveyance to Trust and Supporting Documents, Notice of Grant of Name,
and Notice of Intent to Tender Special Deposit**

This is notice that, pursuant to the trust instrument below, all of my equitable interest in this matter is claimed, granted, accepted, and conveyed to Darin Baker Living Estate Trust (RF 776 326 250 US Trust).

In addition, this is notice that I expressly rescind any consent, presumed or otherwise, nunc pro tunc, for the use of the name Darin Baker or DARIN BAKER, or any derivative thereof, and that I grant that trust property name to the court exclusively for future return on my interest.

Lastly, this is notice notice of my intent to tender a Special Deposit for settlement of these matters.

Dated:     November 15, 2024
           North Hollywood, California

Baker, Darin Duane
by: ~~(signature)~~
All rights reserved. Without recourse.
RF 776 326 250 US Trust
℅ PO Box 15004
North Hollywood, California [91615]
Email: darinbakerking@gmail.com

# CERTIFICATE OF FOREIGN GRANTOR TRUST **COPY**
### Psalms 98:9

By Baker, Darin Duane, Private American civilian, under "Full Faith and Credit" of the de jure united States for America, the California Republic, near Los Angeles County, being duly sworn, on oath says as follows:

1. The name of the Foreign Grantor Trust is: Darin Baker Living Estate Trust or alternatively, RF 776 326 250 US -00.001 thru RF 776 326 250 US -99.999;

2. The creation date of the Trust Instrument is: ▮

3. The execution date of the Trust Instrument is: October 9, 2024;

4. Grantor delivers a special deposit consisting of twenty-one 1 oz. pre-1933 U.S. minted Morgan silver dollars coinage to fund the trust:

5. The name of each Grantor of the Trust is: Baker, Darin Duane,

6. The name of of the sole Trustee is: Baker, Darin Duane,

7. The name and address of the Trustee empowered to act under the Trust Instrument at the time of execution of this Certificate is:

Baker, Darin Duane Ttee
Darin Baker Living Estate Trust
c/o: PO Box 15004
North Hollywood, California, Los Angeles County near [91615]

8. The Trustee has full dispositive and discretionary powers and is authorized by the Instrument to sell, convey, pledge, mortgage, lease, or transfer title to any interest in real of personal property, EXCEPT as limited by the following: None;

9. Any other Trust provisions the undersigned wishes to include: None;

10. The Foreign Grantor Trust is irrevocable and has not terminated nor been revoked; and

11. The statements contained in the Certificate of Trust are true and correct and there are no other provisions in the Trust Instrument or amendments to it that limit the powers of the Trustee to sell, convey, pledge, mortgage, lease, or transfer title to rights or interests in real or personal property either legal or equitable.

12. No person or entity paying money to or delivering property to any Trustee shall be required to see to its applicability. All persons relying on this Certificate of Trust regarding the Trustees and their powers over Trust property shall be held harmless from any resulting loss or liability from such reliance. A copy of this Certificate of Trust shall be just as valid as the original.

Scribed on this 13 day of _____ 2024 under my hand and seal affirmed under oath with intent, special purpose, freewill act and Deed under the Law of God and the Maxims of Equity.

NIPUNA ISHARA SONNADARA
Notary Public - California
Los Angeles County
Commission # 2421153
My Comm. Expires Oct 14, 2026

Darin Baker Living Estate Trust
All rights reserved without recourse
By: _____
Baker, Darin Duane Ttee

By: _____
Without Recourse
Tammie Collins
**Private Witness, All Rights Reserved**

By: _____
Without Recourse
Strozier, Wendell
**Private Witness, All Rights Reserved**

By: _____
Without Recourse
Tarsha Shealy
**Private Witness, All Rights Reserved**

**COPY**



RF 776 326 250 US TRUST

DB

Special. Private.
Priority Sealed.

Est. 1973

OFFICE OF ADMINISTRATION

10¢ Dime
Dolan Dai Fri 2024
November USA

**Notice of Acknowledgement, Receipt, and Accep**⬤**COPY**

To: Postmaster General, c/o Post-Office Department
c/o The United States Postal Service
c/o "United States"
c/o The United States of America circa 1791    } Administrators as implied grantors, hereinafter "Grantors"

From: ***Baker, Darin Duane,*** grantee, private American National of the United States of America privately and specially residing/dwelling at all times relevant within a non-military occupied private estate outside a "Federal Zone" not subject to the jurisdiction of the "UNITED STATES."

Re: **October 7, 2024** USPS Registered Mail Account Number **RF 776 326 250 US,** hereinafter "ACCOUNT," signed by grantee.



**LET IT BE KNOWN BY ALL MEN AND PERSONS WORLDWIDE BY THESE WORDS,** *i,* the undersigned, ***Baker, Darin Duane*** grantee herein, private American National Citizen of the union of states of America, by my freewill act and Deed, execute this Deed of my acknowledgment, receipt, and acceptance *ab initio* for private lawful consideration of one stamp of three cents lawful currency of the post office of The United States of America canceled/signed by grantee, and other sufficient valuable lawful consideration tendered by grantee, on **October 7, 2024** for absolute estate in/for above-referenced ACCOUNT and All attachments and transmutations therefrom pursuant to Maxims of Equity: *"Equity will not aid a volunteer; Equity will not perfect an imperfect gift; Where there are equal equities priority prevails; where there are equal equities the law shall prevail."*

Performed under *my* hand and seal freewill act, volition and Deed:

*all rights reserved without recourse*

***Baker, Darin Duane,*** *grantee. without prejudice, without recourse.*
Private American National of the United States of America privately and specially residing/dwelling at all times relevant within a non-military occupied private estate outside a "Federal Zone" not subject to the jurisdiction of the "United States" mode, process and procedure.
Mail In Care of: Post Office Box 15004
North Hollywood, California, Los Angeles County near [91615-5004]
The United States of America.

NIPUNA ISHARA SONNADARA
Notary Public - California
Los Angeles County
Commission # 2421153
My Comm. Expires Oct 14, 2026

By: _____
*without Recourse*
*Tammie Calhon*
Private Witness, All Rights Reserved

By: Strozier Wendell
*Without Recourse*
*Strozier. Wendell*
Private Witness, All Rights Reserved

By: _____
*without Recourse*
*Tarsha Shedly*
Private Witness, All Rights Reserved



**CALIFORNIA ACKNOWLEDGMENT**  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of __Los Angeles__ }

On __November 13th__ ,2024 before me, __NIPUNA ISHARA SONNADARA, NOTARY PUBLIC__
*Date*  *Here Insert Name and Title of the Officer*

personally appeared __Davin Duane Baker II__
*Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

NIPUNA ISHARA SONNADARA
Notary Public - California
Los Angeles County
Commission # 2421153
My Comm. Expires Oct 14, 2026

Signature __N.I. Sonnadara__
*Signature of Notary Public*

*Place Notary Seal and/or Stamp Above*

─────────────── OPTIONAL ───────────────
*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: __Notice of Acknowledgment, Receipt and Acceptance__

Document Date: _____ Number of Pages: __1 Page + Notary NA__

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
□ Corporate Officer – Title(s): _____
□ Partner – □ Limited □ General
□ Individual □ Attorney in Fact
□ Trustee □ Guardian or Conservator
□ Other: _____
Signer is Representing: _____

Signer's Name: _____
□ Corporate Officer – Title(s): _____
□ Partner – □ Limited □ General
□ Individual □ Attorney in Fact
□ Trustee □ Guardian or Conservator
□ Other: _____
Signer is Representing: _____

©2018 National Notary Association

# COPY

## Notice of Interest
### *-An Established Right of a Purely Equitable Nature-*



**This is Actual and Constructive Special Notice** by the heir grantee—a private American National Citizen of the United States of America—for sufficient private lawful and valuable consideration of the non-negotiable asset title number(s) **"RF 776 326 250 US-01.001 " thru "RF 776 326 250 US-99.999"** along with all their unique assigned sub-record special deposit title(s), now coming as the grantor/settlor "Grantor," assigning each said title to, but not limited to, the sum of all their attachments, issues, interest, assets, rents, derivatives and proceeds therefrom are fully claimed, titled, assigned, withdrawn from general deposit/general public relations, and the records are being held in the private. It is Grantor's manifest intent, special purpose, freewill act and deed to execute this special notice of interest and deed of withdrawal from general deposit Grantor's special interests per Grantor's private indentured instructions, if any.

If there is any information regarding this that needs to be gleaned, please contact the Grantor at the address:

*Baker, Darin Duane*
Private American National of the United States of America
Non-domestic, without the "UNITED STATES"
located near Los Angeles County Survey Landmarks
North Hollywood, California, Los Angeles County *near* [91615-5004]
C/o: Post Office Box 15004

Grantor expressly reserves all rights and liberties.

Signed, sealed, acknowledged and specially deposited:

*All rights reserved with recourse*
*Baker, Darin Duane*

*Baker, Darin Duane, grantee grantor/settlor,*
Private American National of the United States of America
privately and specially residing/dwelling at all times relevant within a non-military occupied private estate outside a "Federal Zone" not subject to the jurisdiction of the "United States" mode, process and procedure.

_____

*(reserved for grantor's optional use handwritten here)*

**Bill in Equity #** _____   **assigned to:** _____

**Optional Notes:**

# COPY



***This is Actual and Constructive Special Notice*** by the grantee—private American National Citizen of the United States of America—for sufficient private lawful and valuable consideration of the non-negotiable asset title number(s) **"RF 776 326 250 US-01.001"** thru **"RF 776 326 250 US-99.999"** that are assigned, along with, if any, their unique special deposit title(s), and the sum of all their attachments, interest, issues, rents, assets, derivative's and proceeds therefrom, now coming as the grantor/settlor "Grantor," hereby give notice of actual and/or constructive delivery of same title(s) and intends it to be treated as on special deposit(s) in trust for special purpose. The delivery records are being held in the private. It is Grantor's manifest intent, special purpose, freewill act and deed to execute this special notice of lawful actual and/or constructive delivery of the special deposit(s) per Grantor's special indentured instructions, if any.

If there is any information regarding this that needs to be gleaned, please contact the Grantor/Settlor at the address:

***Baker, Darin Duane***
Private American National of the United States of America
Non-domestic, without the "UNITED STATES"
located near Los Angeles County Survey Landmarks
North Hollywood, California, Los Angeles County near [91615-5004]
C/o: Post Office Box 15004

Grantor expressly reserves all rights and liberties.

Signed, sealed, acknowledged and specially deposited: *All rights reserved without recourse*

***Baker, Darin Duane***, *grantee grantor/settlor,*
Private American National of the United States of America privately and specially residing/dwelling at all times relevant within a non-military occupied private estate outside a "Federal Zone" not subject to the jurisdiction of the "United States" mode, process and procedure.

---

*(reserved for grantor's optional use handwritten here)*

**Bill in Equity #** _____          **assigned to:** _____

**Optional Notes:**



# Special Notice of Deed of Conveyance

# COPY

*-Notice of Issuance of Certificate of Legal Title-*



***This is Actual and Constructive Special Notice*** by the grantee—a private American Citizen of the United States of America—for sufficient private lawful and valuable consideration of the non-negotiable asset title number **"RF 776 326 250 US-01.001 "** thru **"RF 776 326 250 US-99.999"** along with their unique special deposit assigned special deposit title(s) sub-record(s), if any, for each said title and their attachments proceeds therefrom, now coming as the grantor/settlor "Grantor," hereby notice that said same legal title of said number is hereby fully granted, conveyed, and delivered to trustee(s) or grantee(s). The record(s) are being held in the private. It is Grantor's intent, purpose, freewill act and deed to execute this special notice of lawful actual and/or constructive grant and conveyance of the special deposit(s) and/or special interests per Grantor's special indentured instructions.

For any additional information, please contact the grantor at:

*Baker, Darin Duane*
Private American National of the United States of America
Non-domestic, without the "UNITED STATES"
located near Los Angeles County Survey Landmarks
North Hollywood, California, Los Angeles County near [91615-5004]
C/o: Post Office Box 15004

Grantor/Settlor expressly reserves all rights and liberties.

Signed, sealed, acknowledged and specially deposited. *All rights reserved without recourse*

*Baker, Darin Duane, grantee grantor/settlor,*
Private American National of the United States of America
privately and specially residing/dwelling at all times relevant
within a non-military occupied private estate outside a "Federal
Zone" not subject to the jurisdiction of the "United States"
mode, process and procedure.

---

*(reserved for grantor's optional use handwritten here)*

**Bill in Equity #** _____     **assigned to:** _____

**Optional Notes:**



## Notice of Acceptance by Trustee
### *-Notice of Receipt of Certificate of Legal Title-*



***This is Actual and Constructive Special Notice*** by the trustee – I, Baker, Darin Duane, in my citizenship status as private citizen of the United States and a private member of the Union member state of California, Californian National, and whose citizenship, personal covenants private domicile, allegiance, and self-determination are a matter of public and as "national" is also protected by Article 23 of the Convention signed at The Hague October 18, 1907 ratified by the President of The United States on or about February 23, 1909 named to be the sole exclusive Trustee by nature under exclusive jurisdiction in the foregoing instrument, for myself; I hereby acknowledge the receipt of the foregoing original executed legal title **"RF 776 326 250 US"** along with all their unique assigned sub-record special deposit title(s) of said estate from creating said **Trust**; I agree to accept the said **Trust**, and enter upon its performance; I additionally do accept for/ with consideration stated the office of the Registered Agent in the name of the **Trust** at the mailing location listed below, and that I/we will faithfully perform the duties and obligations imposed upon me here-in, to the best of my ability; I will faithfully account to the said **"RF 776 326 250 US" Trust** along with all their unique assigned sub-record special deposit title(s) for all res/funds/monies received by me/us for the purpose of said trust. For any additional information, please contact the Trustee at:

***Baker, Darin Duane***
Private American National of the United States of America
Non-domestic, without the "UNITED STATES"
located near Los Angeles County Survey Landmarks
North Hollywood, California, Los Angeles County near [91615-5004]
C/o: Post Office Box 15004

IN WITNESS WHEREOF, the undersigned Trustee executes this instrument by their own free will act, volition, and deed on this ⟨13⟩ th day of ⟨November⟩ two thousand twenty-four of the year of our Lord.

RF 776 326 250 US Trust

Baker, Darin Duane, Trustee

NIPUNA ISHARA SONNADARA
Notary Public - California
Los Angeles County
Commission # 2421153
My Comm. Expires Oct 14. 2026

By: ⟨signature⟩
*without Recourse*
Tammie Calhoun
Private Witness, All Rights Reserved

By: ⟨signature⟩
without Recourse
Grozer, Wendell
Private Witness, All Rights Reserved

By: ⟨signature⟩
Tanisha Shirley
without Recourse
Private Witness, All Rights Reserved



# COPY

**CALIFORNIA ACKNOWLEDGMENT**                                    CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of **Los Angeles**

On ___November 13ᵗʰ___ ,2024 before me, ___NIPUNA ISHARA SONNADARA, NOTARY PUBLIC___ ,
      *Date*                                   *Here Insert Name and Title of the Officer*

personally appeared ___Darin Duane Baker -CI___
                                          *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

> NIPUNA ISHARA SONNADARA
> Notary Public - California
> Los Angeles County
> Commission # 2421153
> My Comm. Expires Oct 14, 2026

Signature ___N. I. Sonnadara___

*Place Notary Seal and/or Stamp Above*                *Signature of Notary Public*

---

**━━━━━━━━ OPTIONAL ━━━━━━━━**

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: ___Notice of Acceptance by Trustee___

Document Date: ___11/13/24___  Number of Pages: ___1 Page + 1 notary Ack___

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

| Signer's Name: _____ | Signer's Name: _____ |
|---|---|
| ☐ Corporate Officer – Title(s): ____ | ☐ Corporate Officer – Title(s): ____ |
| ☐ Partner – ☐ Limited ☐ General | ☐ Partner – ☐ Limited ☐ General |
| ☐ Individual    ☐ Attorney in Fact | ☐ Individual    ☐ Attorney in Fact |
| ☐ Trustee    ☐ Guardian or Conservator | ☐ Trustee    ☐ Guardian or Conservator |
| ☐ Other: ____ | ☐ Other: ____ |
| Signer is Representing: ____ | Signer is Representing: ____ |

©2018 National Notary Association



# COPY

**CALIFORNIA ACKNOWLEDGMENT**                    CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of **Los Angeles**                    }

On _November 13ᵗʰ ,2024_ before me, **NIPUNA ISHARA SONNADARA, NOTARY PUBLIC**
     *Date*                                *Here Insert Name and Title of the Officer*

personally appeared _____Darin  Duane  Baker -Cl_____
                          *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

NIPUNA ISHARA SONNADARA
Notary Public - California
Los Angeles County
Commission # 2421153
My Comm. Expires Oct 14, 2026

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____N. T. Sonnadara_____

*Place Notary Seal and/or Stamp Above*          *Signature of Notary Public*

───────────── **OPTIONAL** ─────────────

*Completing this information can deter alteration of the document or
fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**  _Certificate  of  foreign  Grantor  Trust_

Title or Type of Document: _1 Page  timely  Ack_

Document Date: _11/13/2024_                    Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____          Signer's Name: _____
☐ Corporate Officer – Title(s): _____          ☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General          ☐ Partner – ☐ Limited ☐ General
☐ Individual      ☐ Attorney in Fact          ☐ Individual      ☐ Attorney in Fact
☐ Trustee      ☐ Guardian or Conservator          ☐ Trustee      ☐ Guardian or Conservator
☐ Other: _____          ☐ Other: _____
Signer is Representing: _____          Signer is Representing: _____

©2018 National Notary Association

**COPY**

WHEN RECORDED MAIL TO:
Baker, Darin Duane, Trustee
Darin Baker Living Estate Trust
c/o PO Box 15004
north hollywood, california, los angeles county
the united states of america

Property/Real Property  Res Number:
**RF 776 326 250 US 01.001-04.001 Trust Funding & Other Property**

Registered Warrant/Bond Numbers(s):
**A81400584A**

---

## Trust Transfer Grant Deed #001

The Grantor, Baker, Darin, upon, for and with lawful valuable consideration tendered below/attached, acknowledged and accepted herein, conveys and warrants the below referenced Property "A-D" to the private trust grantee Darin Baker Living Estate Trust, hereby withdrawing and removing said property from the public, in rem, and abandoned status and depositing it into said grantee.

### The Following Describes the Property/Trust Corpus:

A. A special deposit of the family name Baker and given name Darin Duane including any related derivatives and appellations; All rights, title, interest, chattel, profits, and rents associated and private securities herein fully included and attached. Property / Res # RF 776 326 250 US 01.001

B. Registered mail label RF 776 326 250 US; All rights, title, interest, chattel, profits, and rents associated with the property and private securities herein fully included and attached. Property / Res # RF 776 326 250 US 02.001

C. A special deposit of twenty-one 1 oz. pre-1933 U.S. minted Morgan silver dollars coins; All rights, title, interest, chattel, profits, and rents associated and private securities herein fully included and attached. Property / Res # RF 776 326 250 US 03.001

D. Darin Duane Baker's labor, labor credits, credit, remuneration and/or income from any source, real, mixed and personal property, intellectual property, memberships, miscellaneous accounts, financial accounts of any nature, data, images, member accounts of every nature and description. All rights, title, interest, chattel, profits, and rents associated and private securities herein fully included and attached. Property / Res # RF 776 326 250 US 04.001

By: _____
Baker, Darin Duane, All Rights Reserved

*NIPUNA ISHARA SONNADARA*
*Notary Public - California*
*Los Angeles County*
*Commission # 2421153*
*My Comm. Expires Oct 14, 2026*

By: _____
Tammie Calhar
Private Witness, All Rights Reserved

By: _____
Strozer Wendell
Private Witness, All Rights Reserved

By: _____
Private Witness, All Rights Reserved





# COPY

**CALIFORNIA ACKNOWLEDGMENT**                                    CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of __Los Angeles__ }

On __November 13ʰ__ ,2024 before me, __NIPUNA ISHARA SONNADARA, NOTARY PUBLIC__
     *Date*                        *Here Insert Name and Title of the Officer*

personally appeared __Davin Duane Baker-El__
                               *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

*[Notary Seal:]*
NIPUNA ISHARA SONNADARA
Notary Public - California
Los Angeles County
Commission # 2421153
My Comm. Expires Oct 14, 2026

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature __N. I. Sonnadara__
                 *Signature of Notary Public*

*Place Notary Seal and/or Stamp Above*

--------------------------- **OPTIONAL** ---------------------------

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: __Trust Transfer Grant Deed Heel__

Document Date: _____ Number of Pages: __1 Page + notary Ack__

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____     Signer's Name: _____
☐ Corporate Officer – Title(s): _____     ☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General     ☐ Partner – ☐ Limited ☐ General
☐ Individual     ☐ Attorney in Fact     ☐ Individual     ☐ Attorney in Fact
☐ Trustee     ☐ Guardian or Conservator     ☐ Trustee     ☐ Guardian or Conservator
☐ Other: _____     ☐ Other: _____
Signer is Representing: _____     Signer is Representing: _____

©2018 National Notary Association


**COPY**

---

# Trust Transfer Grant Deed  #001
## Tender Acceptance

The tender below is received and accepted for the above referenced transfer grant deed.



NIPUNA ISHARA SONMADARA
Notary Public - California
Los Angeles County
Commission # 2421153
My Comm. Expires Oct 14, 2026

_November 13, 2024_ By: _All rights reserved without recourse_
Date     Baker, Darin Dusne, Grantor
district court Clark County, Nevada
case D.24–690298-N file# 7/24/2024 7:23 PM (name correction)

_November 13, 2024_ By: _All rights reserved without recourse_
Date     Darin Baker Living Estate Trust, Grantee

One (1) oz .999 fine silver          States Postal Stamp



One dollar USD (A81400584A)





# COPY

**CALIFORNIA ACKNOWLEDGMENT**                                      CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of __Los Angeles_____ }

On __November 13ᵗʰ__,2024__ before me, __NIPUNA ISHARA SONNADARA, NOTARY PUBLIC__,
        *Date*                                    *Here Insert Name and Title of the Officer*

personally appeared __Darin Duane Baker El_____
                            *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

NIPUNA ISHARA SONNADARA
Notary Public - California
Los Angeles County
Commission # 2421153
My Comm. Expires Oct. 14, 2026

Signature __N. T. Sonnadara_____

*Place Notary Seal and/or Stamp Above*                 *Signature of Notary Public*

---

## — OPTIONAL —

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: __Trust Transfer Grant Deed #ccl Tender Acceptance__

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

| | |
|---|---|
| Signer's Name: _____ | Signer's Name: _____ |
| ☐ Corporate Officer – Title(s): _____ | ☐ Corporate Officer – Title(s): _____ |
| ☐ Partner – ☐ Limited ☐ General | ☐ Partner – ☐ Limited ☐ General |
| ☐ Individual    ☐ Attorney in Fact | ☐ Individual    ☐ Attorney in Fact |
| ☐ Trustee       ☐ Guardian or Conservator | ☐ Trustee       ☐ Guardian or Conservator |
| ☐ Other: _____ | ☐ Other: _____ |
| Signer is Representing: _____ | Signer is Representing: _____ |

©2018 National Notary Association



RECORDING/TRANSFER Requested By:
Baker, Darin Duane, Grantor

WHEN RECORDED MAIL TO:
Baker, Darin Duane, Trustee
Darin Baker Living Estate Trust
c/o PO Box 15004
North Hollywood, california, los angeles county
the united states of america

Property/Real Property Res Number:
**RF 776 326 250 US 05.001-14.001 State or Federally Issued Property**

Registered Warrant/Bond Number
**G18615820D**

## Trust Transfer Grant Deed  #002

The Grantor, Baker, Darin, upon, for and with lawful valuable consideration tendered below/attached, acknowledged and accepted herein, conveys and warrants the below referenced Property "A–D" to the private trust grantee Darin Baker Living Estate Trust, hereby withdrawing and removing said property from the public, in rem, and abandoned status and depositing it into said grantee.

### The Following Describes the Property/Trust Corpus:

A.  Darin Duane Baker's record(s) or certificate(s) of live birth/birth certificate(s), bond(s)/number(s) ████████████ All rights, title, interest, chattel, profits, and rents associated with the private securities herein fully included and attached. Property / Res # RF 776 326 250 US 05.001

B.  Darin Duane Baker's STATE OF CALIFORNIA drivers license(s), application(s), and related records for ██████ All rights, title, interest, chattel, profits, and rents associated with the private securities herein fully included and attached. Property / Res # RF 776 326 250 US 06.001

C.  Darin Duane Baker's STATE OF MINNESOTA drivers license(s), application(s), and related records for ██████ All rights, title, interest, chattel, profits, and rents associated with the private securities herein fully included and attached. Property / Res # RF 776 326 250 US 07.001

D.  Darin Duane Baker's Social Security account and number ████████ All rights, title, interest, chattel, profits, and rents associated with the private securities herein fully included and attached. Property / Res # RF 776 326 250 US 08.001

E.  Darin Duane Baker's UNITED STATES Passport card ██████ All rights, title, interest, chattel, profits, and rents associated with the private securities herein fully included and attached. Property / Res # RF 776 326 250 US 09.001

F.  Darin Duane Baker's UNITED STATES Passport book and application(s) ██████; All rights, title, interest, chattel, profits, and rents associated with the private securities herein fully included and attached. Property / Res # RF 776 326 250 US 10.001

G.  Darin Duane Baker's Voter's Registration card(s) and application(s); All rights, title, interest, chattel, profits, and rents associated with the private securities herein fully included and attached. Property / Res # RF 776 326 250 US 011.001

H.  Darin Duane Baker's library card(s) and application(s); All rights, title, interest, chattel, profits, and rents associated with the private securities herein fully included and attached. Property / Res # RF 776 326 250 US 12.001

I.  Darin Baker's USCIS PCIS citizenship information request application(s) and record(s) ██████ All rights, title, interest, chattel, profits, and rents associated with the private securities herein fully included and attached. Property / Res # RF 776 326 250 US 13.001

J.  Any other association, municipal, city, county, state, or federally issued license(s), identification card(s), title(s), instrument(s), other contract(s) in the name of Darin Duane Baker including aliases; All rights, title, interest, chattel, profits, and rents associated with the private securities herein fully included and attached. Property / Res # RF 776 326 250 US 14.001

By: _____
Baker, Darin Duane, All Rights Reserved

NIPUMA ISHARA SONNADARA
Notary Public - California
Los Angeles County
Commission # 2421153
My Comm. Expires Oct 14, 2026

By: _____
Private Witness, All Rights Reserved

By: _____
Private Witness, All Rights Reserved

By: _____
Private Witness, All Rights Reserved



# COPY

**CALIFORNIA ACKNOWLEDGMENT**                           CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of **Los Angeles**                           }

On **November 13th, 2024** before me, **NIPUNA ISHARA SONNADARA, NOTARY PUBLIC**
___*Date*___                                        ___*Here Insert Name and Title of the Officer*___

personally appeared ___Darin Duane Baker - El___
                        ___*Name(s) of Signer(s)*___

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

> NIPUNA ISHARA SONNADARA
> Notary Public - California
> Los Angeles County
> Commission # 2421153
> My Comm. Expires Oct. 14, 2026

Signature ___N. I. Sonnadara___

*Place Notary Seal and/or Stamp Above*                    *Signature of Notary Public*

─────────── **OPTIONAL** ───────────

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: ___Trust Transfer Grant Deed # cc2___

Document Date: _____ Number of Pages: ___1 Page 1 index an___

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____           Signer's Name: _____
☐ Corporate Officer – Title(s): _____           ☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General           ☐ Partner – ☐ Limited ☐ General
☐ Individual      ☐ Attorney in Fact           ☐ Individual      ☐ Attorney in Fact
☐ Trustee         ☐ Guardian or Conservator     ☐ Trustee         ☐ Guardian or Conservator
☐ Other: _____           ☐ Other: _____
Signer is Representing: _____           Signer is Representing: _____

©2018 National Notary Association



**COPY**

Registered Warrant Bond Numbers(s)
**G18615820D**

---

# Trust Transfer Grant Deed  #002
## Tender Acceptance

The tender below is received and accepted for the above referenced transfer grant deed.



November 13 2024  By: _____

_Date_

Baker, Darin Duane, Grantor
district court Clark County, Nevada
case D.24-690298-N file# 7/24/2024 7:23 PM (name correction)

November 13 2024  By: _____

_Date_

Darin Baker Living Estate Trust, Grantee



One (1) oz .999 fine silver



United States Postal

One dollar USD (G18615820D)





# COPY

**CALIFORNIA ACKNOWLEDGMENT**                                    CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of __Los Angeles__ }

On __November 13ᵗʰ__ ,2024 before me, __NIPUNA ISHARA SONNADARA, NOTARY PUBLIC__
    *Date*                                   *Here Insert Name and Title of the Officer*

personally appeared __Darin Duane Bahn - El__
                                    *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

NIPUNA ISHARA SONNADARA
Notary Public - California
Los Angeles County
Commission # 2421153
My Comm. Expires Oct 14, 2026

Signature __N. I. Sonnadara__

*Place Notary Seal and/or Stamp Above*             *Signature of Notary Public*

─────────────────── **OPTIONAL** ───────────────────

Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**

Title or Type of Document: __Trust Transfer Grant Deed # cc2 Tender Acceptance__

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
□ Corporate Officer – Title(s): _____
□ Partner – □ Limited □ General
□ Individual      □ Attorney in Fact
□ Trustee        □ Guardian or Conservator
□ Other: _____
Signer is Representing: _____

Signer's Name: _____
□ Corporate Officer – Title(s): _____
□ Partner – □ Limited □ General
□ Individual      □ Attorney in Fact
□ Trustee        □ Guardian or Conservator
□ Other: _____
Signer is Representing: _____

©2018 National Notary Association

RECORDING/TRANSFER Requested By:
Baker, Darin Duane, Grantor

WHEN RECORDED MAIL TO:
Baker, Darin Duane, Trustee
Darin Baker Living Estate Trust
c/o PO Box 15004
North Hollywood, california, los angeles county
the united states of america

**COPY**

Property/Real Property Res Number:
**RF 776 326 250 US 15.001-19.001 Court Issued Property**

Registered Warrant/Bond Numbers(s):
**L48247734E**

## Trust Transfer Grant Deed #003

The Grantor, Baker, Darin, upon, for and with lawful valuable consideration tendered below/attached, acknowledged and accepted herein, conveys and warrants the below referenced Property "A-D" to the private trust grantee Darin Baker Living Estate Trust, hereby withdrawing and removing said property from the public, in rem, and abandoned status and depositing it into said grantee.

### The Following Describes the Property/Trust Corpus:

A.  Case 19-50961 (JKS) IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE; All rights, title, interest, chattel, profits, and rents associated with the private securities herein fully included and attached. Property / Res # RF 776 326 250 US 15.001

B.  Case # 18STCP0248S SUPERIOR COURT OF CALIFORNIA LOS ANGELES - DECREE CHANGING NAME; All rights, title, interest, chattel, profits, and rents associated with the private securities herein fully included and attached. Property / Res # RF 776 326 250 US 16.001

C.  Case # D.24-690298-N DISTRICT COURT CLARK COUNTY, NEVADA - ORDER FOR CHANGE OF NAME 7/26/2024 2:05 PM; All rights, title, interest, chattel, profits, and rents associated with the private securities herein fully included and attached. Property / Res # RF 776 326 250 US 17.001

D.  Case # D.24-690298-N DISTRICT COURT CLARK COUNTY, NEVADA - Notice of Petition For Name Correction 7/24/2024 7:23 PM; All rights, title, interest, chattel, profits, and rents associated with the private securities herein fully included and attached. Property / Res # RF 776 326 250 US 18.001

E.  Case # D.24-690298-N DISTRICT COURT CLARK COUNTY, NEVADA - Sworn Testimony Of Testatrix/Testator Intent 7/24/2024 7:36 PM; All rights, title, interest, chattel, profits, and rents associated with the private securities herein fully included and attached. Property / Res # RF 776 326 250 US 19.001

NIPUNA ISHARA SONNADARA
Notary Public - California
Los Angeles County
Commission # 2421153
My Comm. Expires Oct 14, 2026

By: _____
Baker, Darin Duane, All Rights Reserved

By: _____
Tammie Calhoun
Private Witness, All Rights Reserved

By: _____
Frazer, Wendell
Private Witness, All Rights Reserved

By: _____
Private Witness, All Rights Reserved



# COPY

**CALIFORNIA ACKNOWLEDGMENT**                                    CIVIL CODE § 1189

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
| --- |

State of California

County of **Los Angeles**                                    }

On ___November 13ᵗʰ,2024___ before me, ___NIPUNA ISHARA SONNADARA, NOTARY PUBLIC___

       *Date*                                    *Here Insert Name and Title of the Officer*

personally appeared ___Davin Duane Baker-Cl___

                     *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

[Notary Seal: NIPUNA ISHARA SONNADARA, Notary Public - California, Los Angeles County, Commission # 2421153, My Comm. Expires Oct 14, 2026]

Signature ___N. I. Sonnadara___

*Place Notary Seal and/or Stamp Above*                    *Signature of Notary Public*

─────────────────── **OPTIONAL** ───────────────────

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: ___Trust Transfer Grant Deed #c23___

Document Date: _____ Number of Pages: ___1 Page + Indivi Ack___

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____          Signer's Name: _____
☐ Corporate Officer – Title(s): _____          ☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General          ☐ Partner – ☐ Limited ☐ General
☐ Individual          ☐ Attorney in Fact          ☐ Individual          ☐ Attorney in Fact
☐ Trustee          ☐ Guardian or Conservator          ☐ Trustee          ☐ Guardian or Conservator
☐ Other: _____          ☐ Other: _____
Signer is Representing: _____          Signer is Representing: _____

©2018 National Notary Association



COPY

Registered Warrant/Bond Numbers(s):
L48247734E

# Trust Transfer Grant Deed  #003
## Tender Acceptance

The tender below is received and accepted for the above referenced transfer grant deed.



_All rights reserved without recourse_

November 13, 2024 By: _Baker, Darin Duane_
Date

Baker, Darin Duane, Grantor
district court Clark County, Nevada
case D.24-690298-N file# 7/24/2024 7:23 PM (name correction)

_All rights reserved without recourse_

November 13, 2024 By: _Darin Baker Living Estate Trust_
Date

Darin Baker Living Estate Trust, Grantee

One (1) oz .999 fine silver



United States



One dollar USD (L48247734E)





# COPY

**CALIFORNIA ACKNOWLEDGMENT**                              CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of **Los Angeles**

On ___November 13th, 2024___ before me, ___NIPUNA ISHARA SONNADARA, NOTARY PUBLIC___
    *Date*                                        *Here Insert Name and Title of the Officer*

personally appeared ___Darin Duane Baker - GI___
                          *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.



N.PUNA ISHARA SONNADARA
Notary Public • California
Los Angeles County
Commission # 2421153
My Comm. Expires Oct 14, 2026

*Place Notary Seal and/or Stamp Above*

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature ___N.I. Sonnadara___
            *Signature of Notary Public*

---
## ——— OPTIONAL ———

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: ___Trust Transfer Grant Deed Hees Tender Acceptance___

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual       ☐ Attorney in Fact
☐ Trustee         ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

Signer's Name: _____
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual       ☐ Attorney in Fact
☐ Trustee         ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

©2018 National Notary Association

Electronically Filed
07/26/2024 2:05 PM

CLERK OF THE COURT

Your Name: DARIN DUANE BAKER-EL
Address: 1116 East Carey Avenue, Apt 13
City, State, Zip: North Las Vegas, NV 89030
Phone: (310) 774 6702
Email: darinbakerking@gmail.com
Self-Represented Petitioner

**COPY**

## DISTRICT COURT
_____Clark_____ **COUNTY, NEVADA**

In the Matter of the Application of:

DARIN DUANE BAKER-EL
*(print the old name you do not want anymore)*
For Change of Name.

CASE NO.: D-24-690298-N

DEPT: P

## ORDER FOR CHANGE OF NAME

This Order was submitted (☒ *check one*) ☐ after a hearing ☐ without a hearing before the above-entitled court, and after a review of the pleadings and papers on file and the testimony given, if any, and good cause appearing therefore:

**IT IS ORDERED** that the name of the Petitioner, who was born on (*date of birth*)

▬▬▬▬▬▬ in (*city*) Fort Wayne (*state*) Indiana

be legally changed from

(*old*) DARIN            DUANE            BAKER-EL
    (*first*)            (*middle*)            (*last*)

to (*new*) Dark Duane                        Baker
    (*first*)            (*middle*)            (*last*)

**IT IS FURTHER ORDERED** that the Clerk transmit a certified copy of this order to the State Registrar of Vital Statistics. A new birth certificate (☒ *check one*) ☒ shall ☐ shall not be issued reflecting the name change above.

© 2017 Nevada Supreme Court

Order for Adult Name Change

COPY

(*the judge may check this box if applicable*) ☐ **IT IS FURTHER ORDERED** that (*if the box is checked*) the Clerk transmit a certified copy of this order to the Central Repository for Nevada Records of Criminal History for inclusion in the Petitioner's record of criminal history.

~~DATED this (*day*) _____ day of (*month*) _____, 20___~~ .

Dated this 26th day of July, 2024

_M.B._

_____

DISTRICT COURT JUDGE

1F5 5E8 B41D BF40
Mary Perry
District Court Judge

Submitted By: (*your signature*) ▶ _All inalienable rights reserved_ _Darin Duane Baker - El_

(*print your name*) _DARIN DUANE BAKER-EL_

**CSERV**

# COPY

DISTRICT COURT
CLARK COUNTY, NEVADA

In the Matter of the Petition for
Change of Name by:

Darin Duane Baker-El, Petitioner

CASE NO: D-24-690298-N

DEPT. NO. Department P

## AUTOMATED CERTIFICATE OF SERVICE

    Electronic service was attempted through the Eighth Judicial District Court's electronic filing system, but there were no registered users on the case.

    If indicated below, a copy of the above mentioned filings were also served by mail via United States Postal Service, postage prepaid, to the parties listed below at their last known addresses on 7/29/2024

Darin Baker-El           111 E Carey AVE APT B
                              North Las Vegas, NV, 89030

DISTRICT COURT
CLARK COUNTY, NEVADA



## EXEMPLIFICATION CERTIFICATE

STATE OF NEVADA )
                    ) ss.
COUNTY OF CLARK )

        I, Steven D. Grierson, the appointed Clerk of the District Court of the Eighth Judicial District of the State of Nevada, in and for the County of Clark, do hereby certify and attest the document(s) attached hereto, "ORDER FOR CHANGE OF NAME, filed July 26th, 2024"
IN THE ENTITLED ACTION:

In the Matter of the Application of:

DARIN DUANE BAKER-EL                   Case No.: D-24-690298-N

For Change of Name.

to be a full and correct copy of the official document(s) now on file in my office.

IN WITNESS WHEREOF, I have hereunto set my hand and annexed the Seal of the District Court of the Eighth Judicial District of the State of Nevada, in and for the County of Clark this 6th day of August, 2024.

                              _Steven D. Grierson_

                           **CLERK OF THE DISTRICT COURT OF THE EIGHTH**
                           **JUDICIAL DISTRICT OF THE STATE OF NEVADA, IN**
                           **AND FOR THE COUNTY OF CLARK.**

STATE OF NEVADA )
                    ) ss.
COUNTY OF CLARK )

        I, Mary Perry, Judge of the District Court of the Eighth Judicial District of the State of Nevada, in and for the County of Clark, do hereby certify that Steven D. Grierson is the Clerk of the District Court of the Eighth Judicial District of the State of Nevada, in and for the County of Clark (which court is a Court of Record having a seal) and that the signature to the foregoing certificate and attestation is the genuine of the said Steven D. Grierson, as such officer, and that such attention is in due form according to the laws of the State of Nevada.

IN WITNESS WHEREOF, I have hereunto set my hand at Las Vegas, Clark County, Nevada, this 6th day of August, 2024.           Dated this 6th day of August, 2024

                            _MP_

                   **JUDGE OF THE DISTRICT COURT OF THE**
                   **EIGHTH JUDICIAL DISTRICT OF THE STATE OF**
                   **NEVADA, IN AND FOR THE COUNTY OF CLARK**

                   **E2D 312 B4D8 6C4C**
                   **Mary Perry**
                   **District Court Judge**

Page 1 of 1

In Re: Adult Name Change ) 
) Case # Decree#:
) D.24-690298-N
From: DARIN DUANE BAKER-EL )
)
) Dept: P
)
To: Darin Duane Baker )

**COPY**

## Notice Of Petition For Name Correction

I hereby declare myself, **Darin Duane** (first name) **Baker** (last name), aged fifty-one years and not a minor, descended from the original inhabitants of the landmass commonly called north America, a Private American, a non-belligerent and peaceable civilian, a non-statutory inhabitant, not a U.S. citizen, not an ens legis, a friend of the court, endowed by divine grace and my natural inception on Julian date -73094, to necessitate a legally authoritative body to revert my name and identity markers to those initially endowed by my parents at the moment I was born. Presently known as **DARIN DUANE BAKER-EL**, I approach this petition for "Adult Name Correction" with no ulterior motives and in full prudence. Initiated by **Baker, Darin Duane**, this plea is brought forth in honesty and moral rectitude, not to elude or diminish any legal obligations or claims imposed by creditors against me but to exercise my rightful civil procedures for the amendment of the grammatical presentation and capitalization of my sanctified name, in respect to my mother and father. Furthermore, this action seeks to correct any inaccuracies, possible instances of fraud or identity confusion; to defend and maintain my name's integrity; and to obtain redress for any injustices encountered under the legal concept of "Idem Sonans". While my name remains **"Darin,"** I aim to distinguish the formal title; **"Darin Duane Baker"** from **"DARIN DUANE BAKER-EL"** or any root title or variation thereof, hereby alerting this court to a clash between legal stipulations and my fundamental equitable rights, wherein equity should dominate.

I request formal dissociation from the state-endorsed identifier(s) **DARIN DUANE BAKER-EL** or any root title or variation thereof, seeking civil relief through the application of suretyship doctrine. This action is necessitated by recurring issues of mistaken identity, anchored in the legal concept of "idem sonans," further complicated by the employment of capitonyms not rooted in the English language and the custom of all-capital-letter spelling. Such erroneous associations have led to undesirable outcomes, compelling my demand for the cessation of any potential threats to my inherent civilian human rights, which are at risk of being undermined, eroded, or annihilated due to these nominal inaccuracies within the framework of Roman civil law.

I have endured the erosion of my legal rights as an adult, a consequence of the misapplication of the agent-principal doctrine. This doctrine, when incorrectly applied, conflates the identities of the agent and principal, creating complex situations, especially when names associated with such legal relationships are mistakenly interchanged. Additionally, I have been wrongly identified under the concept of parens patriae as a ward, effectively equated to the estate of an intestate decedent under legal administration. This erroneous identification has led to statutory interpretations that degrade my legal standing to the level of an unviable human entity, invoking a wrongful presumption of death and effectively causing my legal absence. Consequently, I have been unjustly deemed a voluntary surety, burdened with liabilities such as debts and mortgages, through the false conflation of my identity with that of unrelated third-party entities. This situation contravenes the principle that "Equity regards ____ as a volunteer," underscoring the unfairness of attributing obligations to individuals based on mistaken id.

Case Number: D-24-690298-N

**COPY**

It was never my intention to adopt or use the name of any unrelated, external, or third-party individual without their direct authorization or for personal gain. With this acknowledgment, I earnestly seek compassion, exoneration, and grace for my unintentional engagement with a foreign name estate, a misstep born from my lack of legal knowledge and delayed recognition of the need for ethical and reasoned judgment. My inadvertent transgressions against any third parties or rightful proprietors of said estate, exacerbated by my uninformed engagement with principles of agent and principal, underscore my plea for understanding. The unintended consequences of my actions, including the unconsented assumption of responsibilities and liabilities linked to the estate of the deceased, as symbolized by Capitis Diminutio Maxima, call for a remedy rooted in forgiveness, mercy, and grace to nullify past errors and restore my rightful legal standing to disassociate myself from any mistakenly assumed roles as volunteer, agent, or licensee related to names that were not expressly mine, reinforcing the tenet that "Equity does not aid a volunteer" and adhering to the moral principle against standing surety for strangers.

I request the restoration of my capabilities to exert my High Prerogative and assert my equitable rights in matters concerning foreign and alien names. My intention is to be subrogated and exonerated, thereby regaining my rights as an heir and under the Cestui que trust relative to organic covenants tied to land jurisdiction. The aim of such restoration is to facilitate the enforcement of compensation from co sureties and secure restitution that arises from the amalgamation of legal and equitable titles inherent in the Cestui que rights. This includes leveraging the equity of redemption or reconceptualizing deeds considered absolute as equitable mortgages. Absent this judicial restoration by a court with the necessary jurisdiction, my ability to accurately distinguish myself is compromised, precluding me from filing legal actions within the exclusive, original jurisdiction against any alien or foreign executor or administrator, thereby hindering my access to justice and equitable remedies.

My petition to the court is for the re-establishment and comprehensive protection of my fundamental private rights, which includes, but is not limited to, an unhindered right to the civilian due process of law, free from any disruption or misinterpretation of legal relationships due to inaccurately applied names. I aim to adhere faithfully to the religious principles and teachings of my ancestors, and to prevent any misuse of my name that could potentially violate existing copyright, franchise, or legal claims. As the legitimate heir to the legal estate in Washington, District of Columbia, I seek a legal and equitable restoration of my rights. Additionally, I request a clear delineation of the term "You" to ensure accurate understanding and application in both singular and plural contexts across all legal documents, inquiries, and communication. I also intend to challenge and correct any inaccuracies or unintended commitments to volunteer suretyship for any entity - be it a state, commercial rival, or statutory body with a name akin to mine - that is foreign or domestic.

My objective is to safeguard against any erroneous legal practices or procedural errors in both military and municipal court settings across diverse legal actions. As a beneficiary within the unique, foundational jurisdiction of the Cestui que Trust and as an individual bound to the land jurisdiction inaugurated by the Declaration of Independence, I am committed to defending my proprietary interests. This endeavor is guided by the maxim that equity considers as completed what ought to have been executed, reflecting my dedication to the rectification and proper administration of justice according to equitable principles.

So be it.

**COPY**

Further Affiant Sayeth Not.

By: _____

**Darin Duane Baker**, Grantee absolute, Beneficiary private civilian of the United States of America and national of the union member state of Indiana, privately residing privately domiciling within a non- military occupied private area not subject to the jurisdiction of the military municipal **"Laws of the United States" mode, process and procedure**

### Verification and Acknowledgment

**United States of America State of** _____ )
**County of** ___Los Angeles___ ) **ss**
 )

Before Me, on this day ___July 24th, 2024___, known to me to be the natural person described herein, who makes oath under the Laws of the Most High God and in accordance with the Maxims of Equity, declares that every statement given above is the whole truth to the best of his knowledge and experience.

Subscribed and Affirmed before me on this ___24th___ day of ___July___, 2024

Notary Signature ___N.T. Sonnadara___ Notary

Seal:

NIPUNA ISHARA SONNADARA
Notary Public · California
Los Angeles County
Commission # 2421153
My Comm. Expires Oct 14, 2026

Electronically Filed
6/25/2024 12:01 PM
Steven D. Grierson
CLERK OF THE COURT

Your Name: DARIN DUHNE BAKER EL

Address: 1116 East Carey Avenue Apt T

City, State, Zip: North Las Vegas NV 89030

Phone: (310) 774 6702

Email: darlabakerking@gmail.com

Self-Represented Petitioner

This page is included for clarity's sake. The amended Notice Of Petition For Name Correction above should be recorded and attached to the Petition For Adult Name Change filed on 6/25/2024 12:01 PM. This example page should be discarded. I am probably over complicating this, but Thanks for your patience.

## DISTRICT COURT
Clark **COUNTY, NEVADA**

In the Matter of the Application of:

DARIN DUANE BAKER EL

*(print the old name you do not want anymore)*

For Change of Name.

CASE NO.: D-24-690298-N

DEPT: TBD

## PETITION FOR ADULT NAME CHANGE

Petitioner respectfully states as follows:

1. Petitioner was born on (*date of birth*) _____ in (*city*) Fort Wayne , (*state*) Indiana .

2. Petitioner has resided in (*county*) Clark County, Nevada since (*date*) May 4, 2024 and intends to live in (*county*) Clark County, Nevada indefinitely.

3. Petitioner's current legal name is (*clearly print the old name you do not want anymore*):

DARIN          DUANE          BAKER-EL
*(first)*          *(middle)*          *(last)*

Petitioner wishes to take a different name. The new name Petitioner would like to take is (*clearly print the name you want to be known by in the future*):

Darin Duane _____ Baker
*(first)*          *(middle)*          *(last)*

© 2017 Nevada Supreme Court

Page 1 of 3 - Petition for Adult Name Change

DISTRICT COURT
CLARK COUNTY, NEVADA



## EXEMPLIFICATION CERTIFICATE

STATE OF NEVADA )
                ) ss.
COUNTY OF CLARK )

       I, Steven D. Grierson, the appointed Clerk of the District Court of the Eighth Judicial District of the State of Nevada, in and for the County of Clark, do hereby certify and attest the document(s) attached hereto, "NOTICE OF PETITION FOR NAME CORRECTION, filed July 24th, 2024" IN THE ENTITLED ACTION:

In Re: Adult Name Change

From: DARIN DUANE BAKER-EL                 Case No.: D-24-690298-N

To: Darin Duane Baker

to be a full and correct copy of the official document(s) now on file in my office.

IN WITNESS WHEREOF, I have hereunto set my hand and annexed the Seal of the District Court of the Eighth Judicial District of the State of Nevada, in and for the
County of Clark this 6th day of August, 2024.

*Steven D. Grierson*

**CLERK OF THE DISTRICT COURT OF THE EIGHTH
JUDICIAL DISTRICT OF THE STATE OF NEVADA, IN
AND FOR THE COUNTY OF CLARK.**

STATE OF NEVADA )
                ) ss.
COUNTY OF CLARK )

       I, Mary Perry, Judge of the District Court of the Eighth Judicial District of the State of Nevada, in and for the County of Clark, do hereby certify that Steven D. Grierson is the Clerk of the District Court of the Eighth Judicial District of the State of Nevada, in and for the County of Clark (which court is a Court of Record having a seal) and that the signature to the foregoing certificate and attestation is the genuine of the said Steven D. Grierson, as such officer, and that such attention is in due form according to the laws of the State of Nevada.

IN WITNESS WHEREOF, I have hereunto set my hand at Las Vegas, Clark County, Nevada, this 6th day of August, 2024.

*Dated this 6th day of August, 2024*

**JUDGE OF THE DISTRICT COURT OF THE
EIGHTH JUDICIAL DISTRICT OF THE STATE OF
NEVADA, IN AND FOR THE COUNTY OF CLARK**

**4B8 CF2 C566 8140
Mary Perry
District Court Judge**

Page 1 of 1

**COPY**

| | |
|---|---|
| In Re: Adult Name Change | ) |
| | ) Case # Decree#: |
| | ) D.24-690298-N |
| From: DARIN DUANE BAKER-EL | ) |
| | ) |
| | ) Dept: P |
| | ) _____ |
| To: Darin Duane Baker | ) |

### Sworn Testimony Of Testatrix/Testator Intent

I, Darin Duane Baker in the land of Clark County in the state of Nevada, in the united States of America, make oath, testify, and decree of the following:

1. That I am a private American civilian over 18 years of age;

2. That I am the blood heir and equitable owner of the Darin Duane Baker Estate;

3. That I am coming with clean hands and provide this prima facie evidence;

4. That I am the blood heir of my mother, Mildred Baker (Testatrix), and of my father, Cornelius Baker (Testator);

5. That as the blood heir of my mother and my father I have firsthand knowledge that it was the intent of my mother and father that I inherited the funds, accounts, and chargeable assets that upon my being born were irrevocably created and established by the Indiana State Certificate of Live Birth numbered ████████ the Social Security account ██████, inevitably the Certificate of Death, and all funds and other accounts that spring forth from them; these were intended for my benefit;

6. That the doctors, nurses, and staff involved with the birth and delivery acted as fiduciary agents and Trustees handling the creation, recording, facilitation, and administration of all paperwork/instruments that were signed by the Testatrix or Testator for my benefit, delivering those instruments to administrators to create accounts and funds in the name of Darin Duane Baker or that name's capitonym. As grantors, by their God-given parental authority, both acting in personam and acting in good faith, the Testatrix and/or Testator granted a limited portion of their sole authority by executing and handing that paperwork/instruments to the fiduciary agent(s) and trustees with intent for my sole benefit. That grant of limited authority facilitated the creation of Social Security accounts, Certificates of Birth, and all funds and other accounts derived from them. This grantor relationship, through the eyes of equity, creates an implied trust for my benefit;

7.  That my mother and my father intended, as I am their offspring and blood heir to the grant described above, that I am the sole beneficiary and grantee absolute of the Darin Duane Baker Estate, and all rents, interest, securities, equitable assets, and funds of the estate. Heares est altar, et filius est pars patris (an heir is another self of a man and a son is part of his father); Heares est eadem persona cum antessore (the heir is the same person with the ancestor); Heares haeredis mei estmeus haeres (the heir of my heir is my heir);

8.  That as the blood heir of my mother and my father I have firsthand knowledge it was in fact their intent for my estate to be settled upon me at the age of majority;

9.  I order that the entire estate account be brought forward and equitable assets be converted into Credit on Account for the Darin Baker Living Estate Trust.

Verification:

I, Darin Duane Baker, being of age majority and competent to testify and manage my own affairs, and do state that I have read the above Sworn Testimony Of Testatrix/Testator Intent and do know the contents to be true, correct, complete and not misleading, the truth, the whole truth and nothing but the truth, and do believe that the acts by the Testator(s)-Grantors/Settlors have been committed with intent and knowledge of Trust Law, for my benefit.

Dated and autographed this 24 day of July in the year of our Lord two thousand twenty four.

By: _____

Darin Duane Baker, private American civilian, all rights reserved without prejudice, grantor/heir/ beneficiary

The remainder of page intentionally left blank

# COPY

## VERIFICATION OF SIGNATURES/AUTOGRAPHS

NOTICE: A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of: ___Califormia___ County of: ___Los Angeles___

I, ___Nipuna Ishara Sonnadara, Notary Public___ being a public servant, agent of the state of my commission authorized to administer oaths and verify the identity of this signature, do hereby state that a man shown himself before me, personally verified by me, to be ___Davin Duene Baker-El___, affirmed to me before me that the foregoing is true, correct, complete and not misleading, the truth, the whole truth and nothing but the truth so help him God, and affixed his signature/autograph hereto of his own free will and choice on this __24th__ day of __July__,2024.

WITNESS my hand and official seal.

[SEAL]

NIPUNA ISHARA SONNADARA
Notary Public - California
Los Angeles County
Commission # 2421153
My Comm. Expires Oct 14, 2026

Signature___N.I Sonnadara___ (Seal)

DISTRICT COURT
CLARK COUNTY, NEVADA



## EXEMPLIFICATION CERTIFICATE

STATE OF NEVADA  )
                ) ss.
COUNTY OF CLARK )

      I, Steven D. Grierson, the appointed Clerk of the District Court of the Eighth Judicial District of the State of Nevada, in and for the County of Clark, do hereby certify and attest the document(s) attached hereto, "SWORN TESTIMONY OF TESTATRIX/TESTATOR INTENT, filed July 24th, 2024"
IN THE ENTITLED ACTION:

In Re: Adult Name Change

From: DARIN DUANE BAKER-EL                   Case No.: D-24-690298-N

To: Darin Duane Baker

to be a full and correct copy of the official document(s) now on file in my office.

IN WITNESS WHEREOF, I have hereunto set my hand and annexed the Seal of the District Court of the Eighth Judicial District of the State of Nevada, in and for the
County of Clark this 6th day of August, 2024.

*Steven D. Grierson*

**CLERK OF THE DISTRICT COURT OF THE EIGHTH
JUDICIAL DISTRICT OF THE STATE OF NEVADA, IN
AND FOR THE COUNTY OF CLARK.**

STATE OF NEVADA  )
                ) ss.
COUNTY OF CLARK )

      I, Mary Perry, Judge of the District Court of the Eighth Judicial District of the State of Nevada, in and for the County of Clark, do hereby certify that Steven D. Grierson is the Clerk of the District Court of the Eighth Judicial District of the State of Nevada, in and for the County of Clark (which court is a Court of Record having a seal) and that the signature to the foregoing certificate and attestation is the genuine of the said Steven D. Grierson, as such officer, and that such attention is in due form according to the laws of the State of Nevada.

IN WITNESS WHEREOF, I have hereunto set my hand at Las Vegas, Clark County, Nevada, this 6th day of August, 2024.         **Dated this 6th day of August, 2024**

      JUDGE OF THE DISTRICT COURT OF THE
EIGHTH JUDICIAL DISTRICT OF THE STATE OF
NEVADA, IN AND FOR THE COUNTY OF CLARK

Page 1 of 1         **8D6 43D FF4B EA41
Mary Perry
District Court Judge**

U.S. POSTAGE PAID
PM
LOS ANGELES, CA 90071
NOV 15, 2024

$27.30

RDC 03

S2324P503971-7

19801

UNITED STATES
POSTAL SERVICE®

Retail

RMLY TO SEAL

RITY®
L

al destinations.

coverage.

e Package Pickup,
e QR code.

DM/PICKUP

how2recycle.info

ER
CH

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.

**FROM:**

Baker, Dawn Duane, Hae
C/o PO Box 15004
North Hollywood California

**TO:**

Una O'Boyle
Clerk of Court,
U.S. Bankruptcy Court Delaware
824 N Market Street
Third Floor
Wilmington DE 19801