IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] <br><br> Remaining Debtors. | Chapter 11 <br><br> Case No. 17-12560 (JKS) <br><br> (Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST, <br><br> Plaintiff, <br><br> v. <br><br> DARIN BAKER, <br><br> Defendant. | Adversary Proceeding <br> No. 19-50961 (JKS) <br><br> **Re: Docket No. 54** |

**ORDER GRANTING PLAINTIFF'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**

This matter having come before the Court on *Plaintiff's Motion for Partial Summary Judgment* (the "Motion") filed by Plaintiff, Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust ("Plaintiff"), who seeks judgment in Plaintiff's favor and against Defendant, Darin Baker ("Defendant") on certain counts in the *Complaint Objecting to Claims and Counterclaiming for Avoidance and Recovery of Avoidable Transfers, for Equitable Subordination, for Sale of Unregistered Securities, Fraud, and for Aiding and Abetting Fraud* [Adv. Docket No. 1] (the "Complaint"), and the Court having determined that the jurisdiction and venue are proper for determination of the subject dispute, and having determined that the Motion

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

and moving papers establish that the Transfers: (a) are property of the estate or an interest therein of the debtor; (b) were made with actual and/or constructive intent to delay or defraud creditors; (c) are properly avoided in accordance with state and federal law and set aside or recovered for the benefit of the Plaintiff, Woodbridge Liquidation Trust, as represented by Michael Goldberg, in his capacity as Liquidating Trustee, who is vested with all of the respective rights, title and interests of the Debtor's Estate; and (d) there is no genuine dispute as to any material fact and the Plaintiff is entitled to judgment as a matter of law; and (e) the Court having found that due and sufficient notice was given, and after due deliberation and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. Judgment is granted in favor of Plaintiff, Michael Goldberg, Liquidating Trustee of the Woodbridge Liquidation Trust, against the Defendant, Darin Baker, in the amount as set forth on the Judgment attached hereto as **Exhibit 1**.

3. Plaintiff is authorized and empowered to take any and all actions necessary or appropriate to consummate, carry out, effectuate, or otherwise enforce the terms, conditions, and provisions of this Order.

4. The Clerk of Court is authorized and directed to take any action that is necessary and appropriate to give effect to this Order.

5. This Court shall retain jurisdiction and power over any and all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

Dated: May 29th, 2025
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
District of Delaware

Goldberg,
    Plaintiff

Baker,
    Defendant

Adv. Proc. No. 19-50961-JKS

# CERTIFICATE OF NOTICE

District/off: 0311-1     User: admin     Page 1 of 2
Date Rcvd: May 29, 2025     Form ID: pdfjo     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| clagent | + | Epiq Class Action & Claims Solutions, Inc., www.gardencitygroup.com, 1985 Marcus Avenue, Suite 200, Lake Success, NY 11042-2029 |
| md | + | Judith K. Fitzgerald, Esq., Tucker/Arensberg, 1500 One PPG Place, Pittsburgh, PA 15222-5413 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | May 29 2025 20:09:00 | U.S. Trustee, Office of United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + | Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | May 29 2025 20:09:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Darin Duane Baker |
| intp | *+ | Epiq Class Action & Claims Solutions, Inc., www.gardencitygroup.com, 1985 Marcus Avenue, Suite 200, Lake Success, NY 11042-2029 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2025      Signature:    /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 2 of 2 |
| Date Rcvd: May 29, 2025 | Form ID: pdfjo | Total Noticed: 4 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2025 at the address(es) listed below:**

**Name**          **Email Address**

Andrew W. Caine
    on behalf of Plaintiff Michael Goldberg acaine@pszjlaw.com

Bradford J. Sandler
    on behalf of Plaintiff Michael Goldberg bsandler@pszjlaw.com  abates@pszjlaw.com

Bridget Gallerie
    on behalf of Claims Agent Epiq Class Action & Claims Solutions  Inc. Pacerteam@choosegcg.com

Colin R. Robinson
    on behalf of Plaintiff Michael Goldberg crobinson@pszjlaw.com

Judith K. Fitzgerald
    on behalf of Mediator Judith K. Fitzgerald  Esq. judge_judith_fitzgerald@yahoo.com, jrusnack@tuckerlaw.com

Mary F. Caloway
    on behalf of Plaintiff Michael Goldberg mcaloway@pszjlaw.com

TOTAL: 6