**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered)<br><br>**Ref Docket No. 5006** |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST,<br><br>Plaintiff,<br><br>v. | |
| Aaron R. Andrew, Paramount Financial Services, Inc., d/b/a Live Abundant, | Adv. Proc. Case No. 19-50186 (JKS) |
| Janet V. Dues, | Adv. Proc. Case No. 19-50328 (JKS) |
| Dena Falkenstein, | Adv. Proc. Case No. 19-50329 (JKS) |
| Christian Lester, | Adv. Proc. Case No. 19-50332 (JKS) |
| Jane Marshall, | Adv. Proc. Case No. 19-50335 (JKS) |
| Ascensus, LLC dba Provident Trust Group, Custodian for the Benefit of Deborah J. Murphy IRA, | Adv. Proc. Case No. 19-50583 (JKS) |
| Kenneth W. Pitcher, in His Capacity as Trustee of the Family Trust of Kenneth W. Pitcher; Kenneth W. Pitcher, | Adv. Proc. Case No. 19-50745 (JKS) |
| IRA Services Trust Company, Custodian for the Benefit of Lynette Eddy IRA, Lynette Eddy, | Adv. Proc. Case No. 19-50808 (JKS) |
| IRA Services Trust Company, Custodian for The Benefit of Earl Eddy IRA, Earl Eddy, | Adv. Proc. Case No. 19-50814 (JKS) |
| Gwendolyn Bissette, | Adv. Proc. Case No. 19-50815 (JKS) |
| Marcella P. Best, | Adv. Proc. Case No. 19-50819 (JKS) |
| Mary Ellen Nuhn, | Adv. Proc. Case No. 19-50829 (JKS) |
| John J. Begley, | Adv. Proc. Case No. 19-50830 (JKS) |
| Michael Kandravi, | Adv. Proc. Case No. 19-50914 (JKS) |

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, CA 91203.

| | |
|---|---|
| All Mark Insurance Services, Inc; and Cameron Johnson, | Adv. Proc. Case No. 19-50921 (JKS) |
| James Lamont, | Adv. Proc. Case No. 19-50952 (JKS) |
| Darin Baker, | Adv. Proc. Case No. 19-50961 (JKS) |
| Dime Strategies, Inc., and Ronald P. Diez, | Adv. Proc. Case No. 19-50966 (JKS) |
| Harold Plain, | Adv. Proc. Case No. 19-50974 (JKS) |
| Randy Robertson, | Adv. Proc. Case No. 19-50977 (JKS) |
| Joseph A. Loox, | Adv. Proc. Case No. 19-50978 (JKS) |
| Donovan Knowles, | Adv. Proc. Case No. 19-50980 (JKS) |
| David Valencia, Valencia Financial Services, LLC, | Adv. Proc. Case No. 19-51000 (JKS) |
| Tydings, | Adv. Proc. Case No. 19-51002 (JKS) |
| Dan Reisinger, | Adv. Proc. Case No. 19-51007 (JKS) |
| Uma Gajavada, | Adv. Proc. Case No. 19-51046 (JKS) |
| Ascensus, LLC, Administrator and Custodian for the Benefit of Christopher M. Soulier Roth IRA, Christopher M. Soulier, | Adv. Proc. Case No. 19-51050 (JKS) |
| Deb Brundage, | Adv. Proc. Case No. 19-51069 (JKS) |
| Forecast Financial Group LLC, Forrest Financial LLC, and Gary Forrest, | Adv. Proc. Case No. 19-51070 (JKS) |
| Albert D. Klager and Atlantic Insurance & Financial Services Inc., | Adv. Proc. Case No. 19-51079 (JKS) |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I, ANGELA CHACHOFF, hereby certify that:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., with their principal office located at 1166 Avenue of the Americas, New York, New York 10036. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 11, 2026, I caused to be served the "Omnibus Status Report with Respect to Open Adversary Proceedings," dated September 10, 2026 [Docket No. 5006], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angela Chachoff*
Angela Chachoff

# EXHIBIT A

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*
Adversary Proceeding Case Nos. 19-50328, 19-50332, 19-50335, & 19-50329 (JKS)
Additional Party Service List

LAW OFFICE OF CURTIS A. HEHN
ATTN: CURTIS A HEHN
1007 N. ORANGE ST., 4TH FLOOR
WILMINGTON, DE 19801

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*
Adversary Proceeding Case No. 19-50583 (JKS)
Additional Party Service List

PROV. TR GP-FBO
DEBORAH J MURPHY IRA
8716 GLENROCK DRIVE
NEW HAVEN, IN 46774

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*
Adversary Proceeding Case No. 19-50745 (JKS)
Additional Parties Service List

FT OF KENNETH W PITCHER
58380 JOSHUA LN
YUCCA VALLEY, CA 92284-6366

KENNETH W. PITCHER, TRUSTEE OF THE
FT OF KENNETH W. PITCHER
58380 JOSHUA LN
YUCCA VALLEY, CA 92284

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*
Adversary Proceeding Case No. 19-50808 (JKS)
Additional Party Service List

IRA SVCS TR CO-CFBO LYNETTE EDDY IRA
PO BOX 7080
SAN CARLOS, CA 94070-7080

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*
Adversary Proceeding Case No. 19-50814 (JKS)
Additional Parties Service List

IRA SVCS TR CO - CFBO EARL EDDY IRA
PO BOX 6850
SAN MATEO, CA 94403

EARL EDDY
PO BOX 1054
BLUE LAKE, CA 95525-1054

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*
Adversary Proceeding Case No. 19-50815 (JKS)
Additional Party Service List

GWENDOLYN BISSETTE
325 MUELLER DR
CLAYTON, NC 27520

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*
Adversary Proceeding Case No. 19-50830 (JKS)
Additional Party Service List

JOHN BEGLEY
606 FLAMINGO DR
WEST PALM BEACH, FL 33401

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*
Adversary Proceeding Case No. 19-50952 (JKS)
Additional Party Service List

JAMES LAMONT
98 VIVIAN COURT
NOVATO, CA 94947

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*
Adversary Proceeding Case No. 19-50961 (JKS)
Additional Party Service List

DARIN BAKER
4804 LAUREL CANYON BLVD, #747
VALLEY VILLAGE, CA 91607

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*
Adversary Proceeding Case No. 19-50974 (JKS)
Additional Party Service List

HAROLD PLAIN
1402 XIMENO AVENUE
LONG BEACH, CA 90804

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*
Adversary Proceeding Case No. 19-50977 (JKS)
Additional Parties Service List

RANDY A ROBERTSON
1219 S PALOS VERDES ST # 1
SAN PEDRO, CA 90731-4320

RANDY ROBERTSON
1000 N. SAN VICENTE BLVD
APT. #2
WEST HOLLYWOOD, CA 90069

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*
Adversary Proceeding Case No. 19-50978 (JKS)
Additional Parties Service List

JOSEPH LOOX
18641 SATICOY ST APT #2
RESEDA, CA 91335-4954

JOSEPH A LOOX
12806 OTTOMAN ST
PACOIMA, CA 91331

JOSEPH A LOOX
19644 HARTLAND ST
RESEDA, CA 91335-4954

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*
Adversary Proceeding Case No. 19-50980 (JKS)
Additional Party Service List

DONOVAN KNOWLES
14455 DICKENS ST, APT 12
SHERMAN OAKS, CA 91423

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*
Adversary Proceeding Case No. 19-51002 (JKS)
Additional Party Service List

BETTE TYDINGS
21761 NORTHWOOD LN
LAKE FOREST, CA 92630

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*
Adversary Proceeding Case No. 19-51046 (JKS)
Additional Party Service List

UMA GAJAVADA
5600 DEANE AVE
LOS ANGELES, CA 90043-2345

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*
Adversary Proceeding Case No. 19-51050 (JKS)
Additional Parties Service List

ASCENSUS LLC
ATTN ROBERT GUILLOCHEAU CEO
4135 N FRONT ST
HARRISBURG, PA 17110

CHRISTOPHER M. SOULIER
602 WILLIAM WAY
WAUNAKEE, WI 53597

CHRISTOPHER M. SOULIER
703 LOCHMOORE DRIVE
WAUNAKEE, WI 53597

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*
Adversary Proceeding Case No. 19-51069 (JKS)
Additional Parties Service List

DEB BRUNDAGE
PO BOX 6683
MESA, AZ 85216

DEB BRUNDAGE
4890 E. 26TH AVE
APACHE JUNCTION, AZ 85119

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*
Adversary Proceeding Case No. 19-51070 (JKS)
Additional Parties Service List

GARY A FORREST
5250 WYNDEMERE COMMON SQUARE
SWARTZ CREEK, MI 48473

FORREST FINANCIAL LLC
ATTN: GARY A FORREST, R/A
5250 WYNDEMERE COMMON SQ
SWARTZ CREEK, MI 48473

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*
Adversary Proceeding Case No. 19-51079 (JKS)
Additional Parties Service List

ALBERT D KLAGER
5295 E 1ST SQUARE SW
VERO BEACH, FL 32968

ATLANTIC INSURANCE
AND FINANCIAL SERVICES
ATTN: AL KLAGER
5295 E 1ST SQ SW
VERO BEACH, FL 32968-2248

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, Case No. 17-12560 (JKS)
Additional Party First Class Mail Service List

POTTER ANDERSON & CORROON LLP
(COUNSEL TO AARON R. ANDREW AND PARAMOUNT FINANCIAL SERVICES, INC. D/B/A LIVE ABUNDANT)
ATTN D. RYAN SLAUGH
1313 NORTH MARKET STREET, SIXTH FLOOR
P.O. BOX 951
WILMINGTON, DE 19801

# EXHIBIT B

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al* .

Adv. Proc. Case No. 19-50186 (JKS) Email Service List

| Name | Attn | Email Address |
|---|---|---|
| Ice Miller LLP | ATTN: R. Stephen McNeill | stephen.mcneill@icemiller.com |
| PIA ANDERSON MOSS & HOYT | ATTN: ANTHONY GROVER | tgrover@pamhlaw.com |
| Potter Anderson & Corron LLP | ATTN: David Ryan Slaugh | rslaugh@potteranderson.com |

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al* .

Adv. Proc. Case Nos. 19-50819 19-50829 (JKS) Email Service List

| Name | Attn | Email Address |
|---|---|---|
| MARGOLIS EDELSTEIN | ATTN: JAMES E. HUGGETT, ESQ | jhuggett@margolisedelstein.com |

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al* .

Adv. Proc. Case No. 19-50921 (JKS) Email Service List

| Name | Attn | Email Address |
|---|---|---|
| WINGET, SPADAFORA & SCHWARTZBERG LLP | ATTN: JOEL WERTMAN & DOUGLAS FOGLE | WERTMAN.J@WSSLLP.COM; FOGLE.D@WSSLLP.COM |

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al* .

Adv. Proc. Case No. 19-50830 (JKS) Email Service List

| Name | Email Address |
|---|---|
| JOHN BEGLEY | DANIELBEGLEY@GMAIL.COM |

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al*.

Adv. Proc. Case No. 19-50966 (JKS) Email Service List

| Name | Attn | Email Address |
|---|---|---|
| BILLION LAW | ATTN: MARK M. BILLION & PETER K. SCHAEFFER | MARKBILLION@BILLIONLAW.COM |

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al* .
Adv. Proc. Case No. 19-50961 (JKS) Email Service List

| Name | Email Address |
|---|---|
| DARIN BAKER | darinbakerking@gmail.com |

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al* .

Adv. Proc. Case No. 19-50965 (JKS) Email Service List

| Name | Attention | Email Address |
|---|---|---|
| SEITZ, VAN OGTROP & GREEN, P.A. | ATTN: James S. Green, Jr. | jsgreen@svglaw.com |

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al* .

Adv. Proc. Case No. 19-50974 (JKS) Email Service List

| Name | Email Address |
|---|---|
| HAROLD G PLAIN | HAL.PLAIN@GMAIL.COM; DRPLAIN@GMAIL.COM |

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al* .

Adv. Proc. Case No. 19-50977 (JKS) Email Service List

| Name | Email Address |
|---|---|
| RANDY A ROBERTSON | RANDYALLANROBERTSON@GMAIL.COM |

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al* .

Adv. Proc. Case No. 19-51046 (JKS) Email Service List

| Name | Attn | Email Address |
| --- | --- | --- |
| Barnes & Thornburg LLP | ATTN: Thomas E. Hanson, Jr. | thanson@btlaw.com |
| BARNES & THORNBURG LLP | ATTN: Mark R. Owens | mark.owens@btlaw.com |
| Barnes & Thornburg LLP | ATTN: Amy Tryon | amy.tryon@btlaw.com |

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al* .
Adv. Proc. Case No. 19-51000 (JKS) Email Service List

| Name | Attn | Email Address |
|---|---|---|
| The Rosner Law Group LLC | ATTN: Jason A. Gibson | jason.gibson@cscgfm.com |
| THE SARACHEK LAW FIRM | ATTN: JONATHAN H. MILLER, ESQ | JON@SARACHEKLAWFIRM.COM |

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al* .

Adv. Proc. Case No. 19-50978 (JKS) Email Service List

| Name | Email Address |
| --- | --- |
| JOSEPH LOOX | JOSEPHLOOX@GMAIL.COM |

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al* .

Adv. Proc. Case No. 19-50980 (JKS) Email Service List

| Name | Email Address |
| --- | --- |
| DONOVAN KNOWLES | DONOVANCKNOWLES@YAHOO.COM |

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al* .

Adv. Proc. Case No. 19-50978 (JKS) Email Service List

| Name | Email Address |
|---|---|
| ATLANTIC INSURANCE AND FINANCIAL SERVICES | ALK44@BELLSOUTH.NET |

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al* .

Adv. Proc. Case Nos. 19-51007 19-50914 (JKS) Email Service List

| Name | Attn | Email Address |
|---|---|---|
| THE LAW OFFICE JOYCE, LLC | ATTN: MICHAEL J. JOYCE | mjoyce@mjlawoffices.com |